

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00216-CR

Mario **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 299th District Court, Travis County, Texas
Trial Court No. D-1-DC-09-207014
Honorable Karen Sage, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  April 20, 2016

APPEAL DISMISSED

On April 12, 2016, appellant filed a motion to dismiss this appeal. The motion is granted,
and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish